

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00158-CV

| | | |
|---|---|---|
| Samotta Richardson-Wiggins | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2014-005204-1) |
| v. | | |
| | § | February 11, 2016 |
| AH4R Properties Two, LLC. | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
     Justice Sue Walker